■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT E. USHER, Appellant.— Motion granted and order entered October 26, 1972 [39

A D 2d 459] amended by deleting therefrom the words " and facts ". Present —
Goldman, P. J., Del Vecchio, Moule and Cardamone, JJ.